1    J. Andrew Coombs (SBN 123881)
     *andy@coombspc.com*
2    Nicole L. Drey (SBN 250235)
     *nicole@coombspc.com*
3    J. Andrew Coombs, A P. C.
     517 East Wilson Avenue, Suite 202
4    Glendale, California 91206
     Telephone:    (818) 500-3200
5    Facsimile:    (818) 300-3201

6    Attorneys for Plaintiff
     Adobe Systems Incorporated
7
     John Krieger (SBN 212325)
8    *jkrieger@lrlaw.com*
     Lewis and Roca LLP
9    2440 West El Camino Real, 6th Floor
     Mountain View, California 94040
10   Telephone:    (650) 391-1381
     Facsimile:    (650) 391-1382
11
     Attorneys for Defendants
12

13                    **UNITED STATES DISTRICT COURT**

14          **NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)**

15                                           )
     Adobe Systems Incorporated,             )    Case No. CV10-3575 SC
16                                           )
                          Plaintiff,         )    **STIPULATION TO CONTINUE CASE**
17         v.                                )    **MANAGEMENT CONFERENCE AND**
                                             )    **[PROPOSED] ORDER**
18   Reza Davachi, an individual and d/b/a   )
     ProjectContactAfrica; Bahareh Davachi, an )  **Date:    November 19, 2010**
19   individual and d/b/a ProjectContactAfrica; Gayle ) **Time:   10:00 a.m.**
     Barnes, an individual and d/b/a         )    **Court:  Hon. Samuel Conti**
20   www.directdeals.com; DirectDeals, LLC; G.W.J.)
     Sourcenet Distribution, Inc.; and Does 1 – 10, )
21   inclusive,                              )
                                             )
22                        Defendants.        )
                                             )
23   _____ )

24         PLAINTIFF Adobe Systems Incorporated ("Plaintiff") and Defendants Reza Davachi, an

25   individual and d/b/a ProjectContactAfrica; Bahareh Davachi, an individual and d/b/a

26   ProjectContactAfrica; Gayle Barnes, an individual and d/b/a www.directdeals.com; DirectDeals,

27

28

     Adobe v. Davachi, et al.: Stip to Continue CMC          - 1 -

1

2    LLC; and W.J. Sourcenet Distribution, Inc. (collectively "Defendants"), by and through their

3    respective counsel of record, hereby stipulate and agree as follows:

4           WHEREAS Plaintiff filed its complaint on or about August 13, 2010;

5           WHEREAS Plaintiff is to serve Defendants on or before December 11, 2010;

6           WHEREAS Defendants' counsel agreed to accept service for all Defendants;

7           WHEREAS Plaintiff mailed a waiver of service to Defendants on or about October 18,

8    2010;

9           WHEREAS Defendants have not yet returned the waiver of service and have until

10   November 17, 2010, to do so;

11          WHEREAS, upon return of the waiver of service within the prescribed timeframe,

12   Defendants shall have until December 17, 2010, to respond to the Complaint;

13          WHEREAS Defendants have not yet filed a response to the Complaint;

14          WHEREAS counsel for the Parties held a telephonic conference on October 29, 2010, to

15   discuss the Court's Order Setting Initial Case Management Conference and ADR Deadlines of

16   August 13, 2010 ("Court's Order");

17          WHEREAS, pursuant to the Court's Order, the Parties are required to file the Stipulation to

18   ADR Process on or about October 29, 2010;

19          WHEREAS, given the fact that none of the Defendants have filed yet filed an answer or

20   otherwise appeared in this case, Defendants are unwilling to sign the Stipulation to ADR Process

21   and consent to jurisdiction in the Northern District of California prematurely before they have

22   assessed all defenses available to them, including whether exercise of jurisdiction over Defendants

23   is proper in this District;

24          WHEREAS the Parties are attempting to resolve the claims alleged in the Complaint

25   without further intervention of the Court;

Adobe v. Davachi, et al.:  Stip to Continue CMC                    - 2 -

1      WHEREAS continuing the Case Management Conference and all corresponding deadlines

2    will provide the Parties with additional time to engage in discussions to resolve this matter; and

3      NOW, THEREFORE, Plaintiff and Defendants stipulate and request the Court continue the

4    Joint Case Management Conference for approximately ninety (90) days, or not earlier than

5

6    February 18, 2011.

7    IT IS SO STIPULATED.

8
     DATED: October 29, 2010              J. Andrew Coombs, A Professional Corp.
9

10                                        By: ___/s/ Nicole L. Drey_____
                                                J. Andrew Coombs
11                                              Nicole L. Drey
                                          Attorneys for Plaintiff Adobe Systems Incorporated
12
     DATED: October 29, 2010              Lewis and Roca LLP
13

14                                        By: ___/s/ John Krieger_____
                                                John Krieger
15                                        Attorney for Defendants Reza Davachi, an individual
                                          and d/b/a ProjectContactAfrica; Bahareh Davachi, an
16                                        individual and d/b/a ProjectContactAfrica; Gayle
                                          Barnes, an individual and d/b/a www.directdeals.com;
17                                        DirectDeals, LLC; and G.W.J. Sourcenet Distribution,
                                          Inc.
18

19
                                    **[PROPOSED] ORDER**
20
     PURSUANT TO REQUEST, IT IS SO ORDERED.
21   DATED: ___November 3___, 2010

22

23

24                                        _____
                                          Hon. Samuel C
                                          UNITED STATES DISTRICT JUDGE
25

26

27

28

Adobe v. Davachi, et al.: Stip to Continue CMC              - 3 -