**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES  DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ADOBE SYSTEMS INC.,<br>    Plaintiff, | No. C 10-3575 SC |
| v. | **ORDER RE: ATTENDANCE** |
| REZA DAVACHI, et al.,<br>    Defendants.<br>_____/ | Date:     May 10, 2011<br>Mediator:  Kenneth Bryant |

IT IS HEREBY ORDERED that the request for defendant Reza Davachi to be excused from personal attendance at the May 10, 2011, mediation before Kenneth Bryant is GRANTED.  Mr. Davachi shall be available at all times to participate by telephone in the mediation in accordance with ADR L.R. 6-10(f).

IT IS FURTHER ORDERED that the request for defendant Bahareh Davachi to be excused from participating entirely in the mediation is GRANTED.

IT IS SO ORDERED.

   May 4, 2011           By:       *Elizabeth D. Laporte* (signature)

Dated

                                       Elizabeth D. Laporte
                              United States Magistrate Judge