1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Nicole L. Drey (SBN 250235)
   *nicole@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:     (818) 500-3200
5  Facsimile:     (818) 500-3201

6  Attorneys for Plaintiff/Counter-
   Defendant Adobe Systems Incorporated
7

8  John L. Krieger (SBN 212325)
   *jkrieger@lrlaw.com*
9  Lewis and Roca LLP
   3993 Howard Hughes Parkway, Suite 600
10 Las Vegas, Nevada 89169
   Telephone:     (702) 949-8304
11 Facsimile:     (709) 949-8365

12 Jason M. Rhodes (*Pro hac vice* to be submitted)
   *jason@jmrlawgroup.com*
13 JMR Law Group
   1100 Dexter Avenue North, Suite 100
14 Seattle, Washington 98109
   Telephone:     (206) 633-7833
15 Facsimile:     (206) 633-7834

16 Attorneys for Defendants/Counterclaimants

17                    UNITED STATES DISTRICT COURT

18               NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

19                                          )
   Adobe Systems Incorporated,              )   Case No. C10-3575 SC
20                                          )
                 Plaintiff,                 )   JOINT STIPULATION TO EXTEND
21        v.                                )   ADR DEADLINE
                                            )
22 Reza Davachi, et al.,                    )
                                            )
23               Defendants.                )
   _____)
24                                          )
           ALL RELATED CLAIMS               )
25 _____)

26        PLAINTIFF Adobe Systems Incorporated ("Adobe" or "Plaintiff"), by and through its

27 counsel of record, Nicole L. Drey, of J. Andrew Coombs, A Prof. Corp., and Defendants Reza

28

Adobe v. Davachi, et al.: Joint Stipulation to Extend ADR     - 1 -
Deadline

Davachi, an individual and d/b/a ProjectContactAfrica; Bahareh Davachi, an individual and d/b/a ProjectContactAfrica; Gayle Barnes, an individual and d/b/a www.directdeals.com; DirectDeals, LLC; and G.W.J. Sourcenet Distribution, Inc. (collectively "Defendants"), by and through their counsel of record, John L. Krieger, of Lewis and Roca LLP, hereby stipulate and agree as follows:

WHEREAS the Complaint was filed in the above-captioned matter on or about August 13, 2010;

WHEREAS the Court held a Case Management Conference on February 18, 2011, at which time the Court ordered the Parties to mediation;

WHEREAS the deadline to complete ADR is currently set for May 19, 2011;

WHEREAS the Parties had originally scheduled mediation for May 10, 2011;

WHEREAS the appointed mediator canceled the mediation session on May 6, 2011, and has withdrawn as the appointed mediator for the case;

WHEREAS a conference call was held between the Parties and the ADR Office on May 17, 2011, at which time the ADR Office noted that it would take another two (2) to three (3) weeks to appoint a new mediator and time thereafter to schedule and arrange for the mediation;

WHEREAS the ADR Office suggested requesting at least a 90-day continuance of the ADR deadline; and

WHEREAS no other Court deadlines will be affected by an extension of the ADR deadline.

/ / /

/ / /

NOW, THEREFORE, Adobe and Defendants stipulate and request the Court to extend the ADR deadline to August 17, 2011, or a date thereafter acceptable with the Court.

DATED: May 18, 2011        J. Andrew Coombs, A Professional Corp.

By: ___/s Nicole L. Drey_____
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

DATED: May 18, 2011        Lewis and Roca LLP

By: ___/s John L. Krieger_____
    John L. Krieger
Attorneys for Defendants

### [PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS SO ORDERED.

DATED: ____May 18,____, 2011

IT IS SO ORDERED
Judge Samuel Conti

_____
Samuel Conti
UNITED STATES DISTRICT JUDGE