IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, ) | Case No. C-10-3575 SC |
| ) | |
| Plaintiff, ) | ORDER DENYING MOTION FOR |
| ) | RELIEF FROM NONDISPOSITIVE |
| v. ) | PRETRIAL ORDER OF |
| ) | <u>MAGISTRATE JUDGE</u> |
| REZA DAVACHI, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Now before the Court is Plaintiff Adobe Systems Incorporated's ("Plaintiff") Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge. ECF No. 43 ("Mot."). Plaintiff challenges Magistrate Judge Beeler's July 1, 2011 Order regarding the parties' May 18, 2011 Joint Discovery Letter. ECF No. 42 ("Order"). Having reviewed the Order, the parties' May 18, 2011 Joint Discovery Letter, and the Motion, the Court finds the Order to be correct, well-reasoned, and thorough. For the reasons contained in the Order, the Court DENIES Plaintiff Adobe Systems Incorporated's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge.

IT IS SO ORDERED.

Dated: October 14, 2011

UNITED STATES DISTRICT JUDGE