THOMAS E. MOORE III (SB# 115107)
NICOLE V. ECONOMOU (SB# 154485)
**THE MOORE LAW TEAM**
228 Hamilton Ave. Third Floor
Palo Alto, CA 94301

Telephone: (650) 798-5352
Facsimile No.: (650) 798-5001
Email: tmoore@moorelawteam.com

Attorneys for Defendants
Reza Davachi, dba ProjectContactAfrica
and Baharah Davachi, dba ProjectContactAfrica

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> REZA DAVACHI, et al., <br><br> Defendants. <br><br> ALL RELATED CLAIMS | CASE NO. C10 03575 SC <br><br> **SUBSTITUTION OF COUNSEL FOR DAVACHI DEFENDANTS** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that defendant Reza Davachi as an individual and dba ProjectContactAfrica and defendant Bahareh Davachi as an individual and dba ProjectContact-Africa hereby substitutes Thomas E. Moore III and The Moore Law Team, 228 Hamilton Ave., 3d Fl., Palo Alto, CA 94301, 650-798-5352, as their counsel of record in place of John Krieger of

- 1 -

CASE NO. C10-03575 SC
SUBSTITUTION OF COUNSEL

1 | Lewis and Roca LLP and Jason Rhodes of JMR Law Group PLLC.

I consent to this substitution.

Dated: November __, 2011          REZA DAVACHI individually and dba ProjectContactAfrica

By /s/ _____

Reza Davachi

Dated: November __, 2011          BAHAREH DAVACHI individually and dba ProjectContactAfrica

By /s/ _____

Bahareh Davachi

I accept to this substitution.

DATED: November 16, 2011          THE MOORE LAW TEAM

By _____/s/_____

Thomas E. Moore III

I consent to this substitution.

DATED: November 16, 2011          LEWIS AND ROCA LLP

By _____/s/_____

John Krieger

I consent to this substitution.

DATED: November 16, 2011          JMR LAW GROUP PLLC

By _____/s/_____

Jason Rhodes

IT IS SO ORDERED

/s/ Samuel Conti
Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. C10-03575 SC
SUBSTITUTION OF COUNSEL

- 2 -