| | |
|---|---|
| 1 | J. Andrew Coombs (SBN 123881) |
|   | *andy@coombspc.com* |
| 2 | Nicole L. Drey (SBN 250235) |
|   | *nicole@coombspc.com* |
| 3 | J. Andrew Coombs, A Prof. Corp. |
|   | 517 East Wilson Avenue, Suite 202 |
| 4 | Glendale, California 91206 |
|   | Telephone:   (818) 500-3200 |
| 5 | Facsimile:   (818) 500-3201 |
| 6 | Attorneys for Plaintiff |
|   | Adobe Systems Incorporated |
| 7 | |
|   | John Krieger (SBN 212325) |
| 8 | *jkrieger@lrlaw.com* |
|   | Lewis and Roca LLP |
| 9 | 3993 Howard Hughes Parkway, Suite 600 |
|   | Las Vegas, Nevada 89169 |
| 10 | Telephone:   (702) 949-8304 |
|   | Facsimile:   (702) 949-8365 |
| 11 | |
|   | Attorneys for Defendants Gayle Barnes, |
| 12 | an individual and d/b/a www.directdeals.com; |
|   | DirectDeals, LLC; and G.W.J. Sourcenet |
| 13 | Distribution, Inc. |
| 14 | Thomas E. Moore III (SBN 115107) |
|   | *tmoore@moorelawteam.com* |
| 15 | The Moore Law Team |
|   | 228 Hamilton Avenue, Third Floor |
| 16 | Palo Alto, California 94301 |
|   | Telephone:   (650) 798-5352 |
| 17 | Facsimile:   (650) 798-5001 |
| 18 | Attorneys for Defendants Reza Davachi, |
|   | an individual and d/b/a ProjectContactAfrica, |
| 19 | and Bahareh Davachi, an individual and d/b/a |
|   | ProjectContactAfrica |
| 20 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | | |
|---|---|---|
| Adobe Systems Incorporated, | ) | Case No. C10-3575 SC |
| | ) | |
| Plaintiff, | ) | JOINT STIPULATION FOR DISMISSAL |
| v. | ) | AND [PROPOSED] ORDER |
| | ) | |
| Reza Davachi, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ALL RELATED CLAIMS | ) | |

Adobe v. Davachi, et al.: Stipulation re Dismissal           - 1 -

WHEREAS Plaintiff Adobe Systems Incorporated ("Plaintiff") filed a Complaint in this action charging Defendants Reza Davachi, an individual and d/b/a ProjectContactAfrica; Bahareh Davachi, an individual and d/b/a ProjectContactAfrica; Gayle Barnes, an individual and d/b/a www.directdeals.com; DirectDeals, LLC; and G.W.J. Sourcenet, Inc. (collectively "Defendants") with liability for copyright and trademark infringement;

WHEREAS Defendants filed certain Counterclaims against Plaintiff; and

WHEREAS the Parties hereto desire and have agreed to settle the controversy between them.

NOW, THEREFORE, Plaintiff and Defendants, by and through their respective counsel of record, stipulate and agree as follows:

1. This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, 15 U.S.C. § 1051, *et seq.*, 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331 and 1338.

2. Service of process was properly made against Defendants.

3. The claims for relief, and each of them, alleged by Plaintiff against Defendants Reza Davachi, an individual and d/b/a ProjectContactAfrica; Gayle Barnes, an individual and d/b/a www.directdeals.com; and DirectDeals, LLC, shall be dismissed with prejudice.

4. The claims for relief, and each of them, alleged by Plaintiff against Defendants Bahareh Davachi, an individual and d/b/a ProjectContactAfrica, and G.W.J. Sourcenet, Inc. shall be dismissed without prejudice.

5. The counterclaims for relief, and each of them, alleged by Defendants against Plaintiff shall be dismissed with prejudice.

/ / /

/ / /

6. No claims remain pending before this Court, and this Action is dismissed in its entirety.

7. Each side shall bear its own fees and costs in relation to this Action.

IT IS SO STIPULATED:

Dated: _____  J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

Dated: 12-16-11  Lewis & Roca LLP

By: _____
John Krieger
Attorneys for Defendants Gayle Barnes, an individual and d/b/a www.directdeals.com; DirectDeals, LLC; and G.W.J. Sourcenet Distribution, Inc.

Dated: _____  The Moore Law Team

By: _____
Thomas E. Moore III
Attorneys for Defendants Reza Davachi, an individual and d/b/a ProjectContactAfrica, and Bahareh Davachi, an individual and d/b/a ProjectContactAfrica

[PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS SO ORDERED.

DATED: December 20, 2011

_____
Hon. Samuel Conti
UNITED STATES DISTRICT JUDGE

6. No claims remain pending before this Court, and this Action is dismissed in its entirety.

7. Each side shall bear its own fees and costs in relation to this Action.

IT IS SO STIPULATED:

Dated: 12/19/11

J. Andrew Coombs, A Professional Corp.

By: *Nicole L Drey*
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

Dated: _____

Lewis & Roca LLP

By: _____
    John Krieger
Attorneys for Defendants Gayle Barnes, an individual and d/b/a www.directdeals.com; DirectDeals, LLC; and G.W.J. Sourcenet Distribution, Inc.

Dated: 12/16/11

The Moore Law Team

By: *Thomas E Moore III*
    Thomas E. Moore III
Attorneys for Defendants Reza Davachi, an individual and d/b/a ProjectContactAfrica, and Bahareh Davachi, an individual and d/b/a ProjectContactAfrica

### [PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS SO ORDERED.

DATED: _____, 2011

_____
Hon. Samuel Conti
UNITED STATES DISTRICT JUDGE