| | |
|---|---|
| 1 | J. Andrew Coombs (SBN 123881) |
|   | andy@coombspc.com |
| 2 | Nicole L. Drey (SBN 250235) |
|   | nicole@coombspc.com |
| 3 | J. Andrew Coombs, A Prof. Corp. |
|   | 517 East Wilson Avenue, Suite 202 |
| 4 | Glendale, California 91206 |
|   | Telephone:   (818) 500-3200 |
| 5 | Facsimile:    (818) 500-3201 |
| 6 | Attorneys for Plaintiff |
|   | Adobe Systems Incorporated |
| 7 | |
|   | John Krieger (SBN 212325) |
| 8 | jkrieger@lrlaw.com |
|   | Lewis and Roca LLP |
| 9 | 3993 Howard Hughes Parkway, Suite 600 |
|   | Las Vegas, Nevada 89169 |
| 10 | Telephone:   (702) 949-8304 |
|   | Facsimile:    (702) 949-8365 |
| 11 | |
|   | Attorneys for Defendants Gayle Barnes, |
| 12 | an individual and d/b/a www.directdeals.com; |
|   | DirectDeals, LLC; and G.W.J. Sourcenet |
| 13 | Distribution, Inc. |
| 14 | Thomas E. Moore III (SBN 115107) |
|   | tmoore@moorelawteam.com |
| 15 | The Moore Law Team |
|   | 228 Hamilton Avenue, Third Floor |
| 16 | Palo Alto, California 94301 |
|   | Telephone:   (650) 798-5352 |
| 17 | Facsimile:    (650) 798-5001 |
| 18 | Attorneys for Defendants Reza Davachi, |
|   | an individual and d/b/a ProjectContactAfrica, |
| 19 | and Bahareh Davachi, an individual and d/b/a |
|   | ProjectContactAfrica |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | | |
|---|---|---|
| Adobe Systems Incorporated, | ) | Case No. C10-3575 SC |
| | ) | |
| Plaintiff, | ) | JOINT STIPULATION FOR DISMISSAL |
| v. | ) | AND [PROPOSED] ORDER |
| | ) | |
| Reza Davachi, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ALL RELATED CLAIMS | ) | |

Adobe v. Davachi, et al.:  Stipulation re Dismissal          - 1 -

WHEREAS Plaintiff Adobe Systems Incorporated ("Plaintiff") filed a Complaint in this action charging Defendants Reza Davachi, an individual and d/b/a ProjectContactAfrica; Bahareh Davachi, an individual and d/b/a ProjectContactAfrica; Gayle Barnes, an individual and d/b/a www.directdeals.com; DirectDeals, LLC; and G.W.J. Sourcenet, Inc. (collectively "Defendants") with liability for copyright and trademark infringement;

WHEREAS Defendants filed certain Counterclaims against Plaintiff; and

WHEREAS the Parties hereto desire and have agreed to settle the controversy between them.

NOW, THEREFORE, Plaintiff and Defendants, by and through their respective counsel of record, stipulate and agree as follows:

1. This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, 15 U.S.C. § 1051, *et seq.*, 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331 and 1338.

2. Service of process was properly made against Defendants.

3. The claims for relief, and each of them, alleged by Plaintiff against Defendants Reza Davachi, an individual and d/b/a ProjectContactAfrica; Gayle Barnes, an individual and d/b/a www.directdeals.com; and DirectDeals, LLC, shall be dismissed with prejudice.

4. The claims for relief, and each of them, alleged by Plaintiff against Defendants Bahareh Davachi, an individual and d/b/a ProjectContactAfrica, and G.W.J. Sourcenet, Inc. shall be dismissed without prejudice.

5. The counterclaims for relief, and each of them, alleged by Defendants against Plaintiff shall be dismissed with prejudice.

/ / /

/ / /

Adobe v. Davachi, et al.: Stipulation re Dismissal          - 2 -

1
2   6. No claims remain pending before this Court, and this Action is dismissed in its entirety.

3   7. Each side shall bear its own fees and costs in relation to this Action.

4              IT IS SO STIPULATED:

5   Dated: _____          J. Andrew Coombs, A Professional Corp.

6
7                                  By: _____
                                      J. Andrew Coombs
8                                     Nicole L. Drey
                                      Attorneys for Plaintiff Adobe Systems Incorporated

9   Dated: /2-/6-/l               Lewis & Roca LLP

10
11                                 By: _____
                                      John Krieger
12                                    Attorneys for Defendants Gayle Barnes, an individual
                                      and d/b/a www.directdeals.com; DirectDeals, LLC;
13                                    and G.W.J. Sourcenet Distribution, Inc.

14  Dated: _____          The Moore Law Team

15
16                                 By: _____
                                      Thomas E. Moore III
17                                    Attorneys for Defendants Reza Davachi, an individual
                                      and d/b/a ProjectContactAfrica, and Bahareh Davachi,
18                                    an individual and d/b/a ProjectContactAfrica

19
                            [PROPOSED] ORDER
20
    PURSUANT TO REQUEST, IT IS SO ORDERED.
21  DATED: __December 20__, 2011

22
23                                            _____
24                                            Hon. Samuel Conti
                                              UNITED STATES DISTRICT JUDGE
25
26
27
28

6. No claims remain pending before this Court, and this Action is dismissed in its entirety.

7. Each side shall bear its own fees and costs in relation to this Action.

IT IS SO STIPULATED:

Dated: 12/19/11

J. Andrew Coombs, A Professional Corp.

By: *Nicole L. Drey* (signature)
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

Dated: _____

Lewis & Roca LLP

By: _____
John Krieger
Attorneys for Defendants Gayle Barnes, an individual and d/b/a www.directdeals.com; DirectDeals, LLC; and G.W.J. Sourcenet Distribution, Inc.

Dated: 12/16/11

The Moore Law Team

By: *Thomas E. Moore III* (signature)
Thomas E. Moore III
Attorneys for Defendants Reza Davachi, an individual and d/b/a ProjectContactAfrica, and Bahareh Davachi, an individual and d/b/a ProjectContactAfrica

[PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS SO ORDERED.

DATED: _____, 2011

_____
Hon. Samuel Conti
UNITED STATES DISTRICT JUDGE